UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DILKA MURILLO-ROMAN,<br><br>                    Plaintiff,<br><br>      -against-<br><br>THE PENSION BOARDS-UNITED CHURCH OF CHRIST, et al.,<br><br>                    Defendants. | 22-cv-08365 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      In light of Plaintiff's Amended Complaint, *see* Docket No. 35, Defendants' earlier motion to dismiss filed at Docket Nos. 25-27 is hereby DENIED as moot. Defendant's response to the amended complaint is due by **March 22, 2023**.

      The Clerk of Court is directed to terminate Docket Nos. 25-27.

      SO ORDERED.

Dated: March 1, 2023
       New York, New York

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge